Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Melendez, J., at plea; Zaro, J., at sentence), imposed February 23, 2016, upon his plea of guilty, on the ground that the sentence was excessive.
 

 Ordered that the sentence is affirmed.
 

 The defendant’s purported waiver of the right to appeal was invalid (see People v Moyett, 7 NY3d 892, 892-893 [2006]; People v Billingslea, 6 NY3d 248, 257 [2006]) and, thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant’s contention, the sentence imposed was not excessive (see CPL 470.15 [6] [b]; People v Suitte, 90 AD2d 80 [1982]).
 

 Eng, P.J., Mastro, Miller, LaSalle and Brathwaite Nelson, JJ., concur.